FILED
FEB 06 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS MAGISTRATE JUDGE JENSEN
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 24 CR 50007 |
| v. | Violations: Title 18, United States Code, Sections 2251(a), 2252A(a)(5)(b), and 2260A |
| MATTHEW KAUFMAN | |

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

Beginning from approximately in or around January 2016, and continuing until approximately in or around July 2018, at Stephenson County, in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

1

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about November 12, 2013, at Stephenson County, in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

Beginning approximately in or around July 2013 and continuing until approximately in or around July 2015, at Stephenson County in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

Between on or about October 16, 2015, and on or about October 17, 2015, at Stephenson County in the Northern District of Illinois, Western Division, and elsewhere,

### MATTHEW KAUFMAN,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor D, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

4

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

Between on or about March 13, 2015 and on or about April 6, 2015, at Stephenson County, in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor E, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about October 3, 2023, at Stephenson County, in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, knowingly possessed material, namely, a Toshiba 1 terabyte hard drive, bearing serial number 53ACTRMMTTT1 and a Seagate 320 gigabyte external hard drive, bearing serial number 5SX41MDE, containing images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SEVEN

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

Beginning in or around July 2013, and continuing to on or about October 3, 2023, at Stephenson County, in the Northern District of Illinois, Western Division, and elsewhere,

MATTHEW KAUFMAN,

defendant herein, being required by federal and other law to register as sex offender, did commit a felony offense involving a minor under section 2251, namely, the offenses alleged in Counts One through Five of this Indictment;

In violation of Title 18, United States Code, Section 2260A.

## FORFEITURE ALLEGATION

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2251 as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to the following specific property:

-Toshiba Canvio 1 terabyte Hard Drive, bearing serial number 53ACTRMTTT1
-Seagate 320 gigbyte Hard Drive, bearing serial number 5SX41MDE

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

ACTING UNITED STATES ATTORNEY

8