**FILED**
FEB 06 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: **24 CR 5 0 0 0 7**
Case Name: U.S. v. Matthew Kaufman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**JUDGE JOHNSTON**
**MAGISTRATE JUDGE JENSEN**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO** ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO** ☒ YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO** ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Are any of the defendants also charged with a supervised release violation in the Western Division? **NO** ☒ YES ☐ If yes, please list the name of the case, the case number, and assigned judge.

6) Is this a transfer of probation supervision from another district to this District? **NO** ☒ YES ☐

7) What level of offense is this indictment or information? **FELONY** ☒ MISDEMEANOR ☐

8) **Does this indictment or information involve eight or more defendants?** **NO** ☒ YES ☐

9) Does this indictment or information include a conspiracy count? **NO** ☒ YES ☐

10) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide .................. (II)
    ☐ Criminal Antitrust ........... (II)
    ☐ Bank robbery ................ (II)
    ☐ Post Office Robbery ........ (II)
    ☐ Other Robbery ............... (II)
    ☐ Assault ..................... (III)
    ☐ Burglary .................... (IV)
    ☐ Larceny and Theft .......... (IV)
    ☐ Postal Embezzlement ...... (IV)
    ☐ Other Embezzlement ...... (III)
    ☐ Income Tax Fraud ............ (II)
    ☐ Postal Fraud ................ (II)
    ☐ Other Fraud ................. (III)
    ☐ Auto Theft .................. (IV)
    ☐ Transporting Forged Securities (III)
    ☐ Forgery ..................... (III)
    ☐ Counterfeiting .............. (III)
    ☒ Sex Offenses ................ (II)
    ☐ DAPCA Marijuana ............. (III)
    ☐ DAPCA Narcotics ............. (III)
    ☐ DAPCA Controlled Substances ...(III)
    ☐ Miscellaneous General Offenses. (IV)
    ☐ Immigration Laws ............ (IV)
    ☐ Liquor, Internal Revenue Laws... (IV)
    ☐ Food & Drug Laws ............ (IV)
    ☐ Motor Carrier Act ........... (IV)
    ☐ Selective Service Act ....... (IV)
    ☐ Obscene Mail ................ (III)
    ☐ Other Federal Statutes ...... (III)
    ☐ Transfer of Probation Jurisdiction (V)

11) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Sections 2251(a), 2252A(a)(5)(b) and 2260A

*/s/ Jessica S. Maveus*
Jessica S. Maveus
Assistant United States Attorney